UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M. NAZIE EFTEKHARI,

               Plaintiff,

-against-

EXECUTIVE RISK INDEMNITY, INC.,

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/6/2026_____

26 Civ. 3617 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       Defendant, Executive Risk Indemnity, Inc., filed a notice of removal in this Court on May 1, 2026, and the matter was assigned to the undersigned on May 4, 2026.  By **May 13, 2026**, Plaintiff shall indicate whether he contests removal.

       SO ORDERED.

Dated: May 6, 2026
       New York, New York

                                   _____
                                   ANALISA TORRES
                               United States District Judge